UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF NEW HAMPSHIRE


**United States of America**

   **v.**                           Criminal No.  05-91-01-PB

**Louis Difazio, Jr.**


                       **O R D E R**

    The defendant has moved to continue the October 4, 2005 trial in the above case, citing the need for additional time to review discovery and prepare a defense.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from October 4, 2005 to December 6, 2005.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The September 27, 2005 final pretrial conference is continued until November 17, 2005 at 3:45 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

September 27, 2005

cc: Sandra Bloomenthal, Esq.
    Donald Feith, AUSA
    United States Probation
    United States Marshal